UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT LEE FLEMISTER, :
    Petitioner :
:
v. : CASE NO. 1:15-CV-00187
:
DOC/STEVEN R. GLUNT, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 5th day of October, 2017, upon consideration of Vincent Lee Flemister's petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and after review of the thorough and well-reasoned report and recommendation (Doc. 22) of Magistrate Judge Mehalchick, and after consideration of petitioner's objections (Doc. 25) to the report and recommendation, it is hereby ORDERED as follows:

1. Petitioner's objections (Doc. 25) to the report and recommendation are OVERRULED.

2. Judge Mehalchick's report and recommendation (Doc. 22) is APPROVED and ADOPTED, as supplemented by the accompanying memorandum.

3. Vincent Lee Flemister's petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

4. A certificate of appealability is DENIED, as this court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

5. The Clerk of Court is directed to CLOSE this case.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge